UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PEREZ, et al.,<br>    Plaintiffs,<br><br>   v.<br><br>DAY-O DELI, INC., et al.,<br>    Defendant.<br>_____/ | No. C 09-4542 JF<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF ALEJANDRO PEREZ TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:        April 27, 2010<br>Mediator:   Jean Gaskill |

IT IS HEREBY ORDERED that the request for plaintiff Alejandro Perez to be excused from personally attending the April 27, 2010 mediation session before Jean Gaskill is GRANTED. Mr. Perez shall be available to participate by telephone at all times in accordance with ADR L.R. 6-10(f).

IT IS FURTHER ORDERED that plaintiff's counsel Adam Wang shall obtain appropriate written authorization to execute settlement documentation on behalf of Alejandro Perez in the event the matter is resolved at the mediation.

IT IS SO ORDERED.

April 15, 2010                    By:        _____
Dated                                           Elizabeth D. Laporte
                                                United States Magistrate Judge